## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DIANE KATER,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-03495

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | taizhouluqiaoyuxinyaodianzishangwu |
| 2 | lixinxianyuanshengzhongzhijiating |
| 3 | luoyangshipengwudaoluyunshu |
| 4 | Lin Decor |
| 5 | xiongzijun |
| 6 | zhangJunminXXC |
| 7 | xuuex |
| 8 | XinXianDangDai(BeiJing)WenHuaYiShu |
| 9 | ZhouHuiYongujs |
| 10 | zhengzhousaminshangmaoyouxiangongsi |
| 11 | LOVE DECOR |
| 12 | fuyangshitailaitiyujiankangfuwu |
| 13 | doujianqiang |
| 14 | RugRipple |
| 15 | MatCraft |
| 16 | ThreadArts |
| 17 | RugNestlPro |
| 18 | CoraIknit |
| 19 | Ruggoplus |
| 20 | Warm Mats |
| 21 | CozyRugs |
| 22 | CozyMats |
| 23 | ArtMatGallery |

1

| | |
|---|---|
| 24 | RugVibe Home Co |
| 25 | ZhangJJJJ |
| 26 | SparkleVerMart |
| 27 | TRghassven shop |
| 28 | chengshoude shop |
| 29 | Floor Canvas B |
| 30 | TieYingShop |
| 31 | ZWJ store |
| 32 | VibeMat Studio |
| 33 | SleekTextile Studio |
| 34 | Ninth White Rose |
| 35 | WeePlayAAJK |
| 36 | Textiles Kings |
| 37 | FYYWBABT local |
| 38 | WeaveCoveHomeKK |
| 39 | SereneSleepD |
| 40 | CozyCarpets |
| 41 | Rug Life |
| 42 | ComfyHomeThings |
| 43 | Happy Floors |
| 44 | RUG HAVEN CC |
| 45 | RUGORIA |
| 46 | Living Little |
| 47 | AzureLivingA |
| 48 | Super Han Rug |
| 49 | Welcome Mats |
| 50 | NestTrove |
| 51 | Funky Carpet |
| 52 | Lady B |
| 53 | FirstMat |
| 54 | Lamondcut |
| 55 | HcUYJ |
| 56 | ModaHomeGlobalG |
| 57 | Pretty Princess DD |
| 58 | MinimalHue Living |
| 59 | Artisan Mats |
| 60 | Haven Wei |
| 61 | PrintMyRug Studio |

2

| 62 | PlushMat Depot |
| 63 | SunnyDG |
| 64 | Warm Rug Corner |
| 65 | FreshHomeFashions |
| 66 | InnoHomeStyle |
| 67 | YEDENG Clothing |
| 68 | zhuyuexing |
| 69 | YLOB |
| 70 | XuMingMing Shop |
| 71 | YESSGOOD |
| 72 | MYXcarpet |
| 73 | luxe one |
| 74 | Marikas Home |
| 75 | MatKing |
| 76 | XRcarpet |
| 77 | TanQiuLan |
| 78 | luxe three |
| 79 | XZcarpet |
| 80 | Cozymelon |
| 81 | MeJiXinShop |
| 82 | Plushy Pathways |
| 83 | TT Household items |
| 84 | Damfsty |
| 85 | GFcarpet |
| 86 | Jiafamen |
| 87 | KZcarpet |
| 88 | Hello shop s |
| 89 | SHUAIDA |
| 90 | AP customized type |
| 91 | CozyWelcome |
| 92 | Ling flowers optimization |
| 93 | TeenCats |
| 94 | TTTLTWO |
| 95 | Sheid local |
| 96 | Soft Step Rugs |
| 97 | MatEmporium |
| 98 | SimplyPlushMats |
| 99 | Economical Carpet Department |

| | |
|---|---|
| 100 | RugCustomizer |
| 101 | WUXINGTIAN |
| 102 | Super Chao Rug |
| 103 | Ann Textile Home |
| 104 | ZZCwwj |
| 105 | Comfortable goodsshop |
| 106 | XiXi DIAN |
| 107 | SerenityBeddingB |
| 108 | HouseholdHavenA |
| 109 | FYYWBABTDD |
| 110 | diamondpaintingpro |
| 111 | prodpdiy |
| 112 | adiamondpainting |
| 113 | coodeals |
| | handdeals |

4