**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DIANE KATER,

                Plaintiff,

      v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

                Defendants.

Case No. 26-cv-03495

**Judge Mary M. Rowland**

**Magistrate Judge Keri L. Holleb Hotaling**

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff DIANE KATER ("Kater" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Kater having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Kater having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Kater has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Kater's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-444-781; VA 2-444-779; VA 2-444-141; VA 2-444-099; VA 2-444-146; VA 2-444-081; VA 2-444-246; VA 2-444-145; and VA 2-444-247 (the "Diane Kater Works") to residents of Illinois.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Kater's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Diane Kater Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Diane Kater product or not authorized by Kater to be sold in connection with the Diane Kater Works;

2

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Diane Kater product or any other product produced by Kater, that is not Kater's or not produced under the authorization, control, or supervision of Kater and approved by Kater for sale under the Diane Kater Works;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Kater, or are sponsored by, approved by, or otherwise connected with Kater; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Kater, nor authorized by Kater to be sold or offered for sale, and which bear any of Kater's copyrights, including the Diane Kater Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and PayPal Inc. ("PayPal") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Diane Kater Works; and

3

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Diane Kater Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Diane Kater product or not authorized by Kater to be sold in connection with the Diane Kater Works.

3. Upon Kater's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Diane Kater Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Kater is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Diane Kater Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, and PayPal, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu, and PayPal, are hereby released to Kater as partial payment of the above-identified damages, and Third Party Providers, including

Amazon, Temu, and PayPal, are ordered to release to Kater the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Kater has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Kater shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Kater identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Kater may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Judgment.

Dated: May 28, 2026

_____

Mary M. Rowland
United States District Judge

5

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | taizhouluqiaoyuxinyaodianzishangwu |
| 2 | lixinxianyuanshengzhongzhijiating |
| 3 | luoyangshipengwudaoluyunshu |
| 4 | ████████████████████ |
| 5 | xiongzijun |
| 6 | zhangJunminXXC |
| 7 | xuuex |
| 8 | XinXianDangDai(BeiJing)WenHuaYiShu |
| 9 | ZhouHuiYongujs |
| 10 | zhengzhousaminshangmaoyouxiangongsi |
| 11 | LOVE DECOR |
| 12 | fuyangshitailaitiyujiankangfuwu |
| 13 | doujianqiang |
| 14 | RugRipple |
| 15 | MatCraft |
| 16 | ThreadArts |
| 17 | RugNestlPro |
| 18 | CoraIknit |
| 19 | Ruggoplus |
| 20 | Warm Mats |
| 21 | CozyRugs |
| 22 | CozyMats |
| 23 | ArtMatGallery |
| 24 | RugVibe Home Co |
| 25 | ZhangJJJJ |
| 26 | SparkleVerMart |
| 27 | TRghassven shop |
| 28 | chengshoude shop |
| 29 | Floor Canvas B |
| 30 | TieYingShop |
| 31 | ZWJ store |
| 32 | VibeMat Studio |
| 33 | SleekTextile Studio |
| 34 | Ninth White Rose |
| 35 | WeePlayAAJK |

| 36 | Textiles Kings |
|----|----------------|
| 37 | FYYWBABT local |
| 38 | WeaveCoveHomeKK |
| 39 | SereneSleepD |
| 40 | CozyCarpets |
| 41 | Rug Life |
| 42 | ComfyHomeThings |
| 43 | Happy Floors |
| 44 | RUG HAVEN CC |
| 45 | RUGORIA |
| 46 | Living Little |
| 47 | AzureLivingA |
| 48 | ███████████ |
| 49 | Welcome Mats |
| 50 | NestTrove |
| 51 | Funky Carpet |
| 52 | Lady B |
| 53 | FirstMat |
| 54 | Lamondcut |
| 55 | HcUYJ |
| 56 | ModaHomeGlobalG |
| 57 | Pretty Princess DD |
| 58 | MinimalHue Living |
| 59 | Artisan Mats |
| 60 | Haven Wei |
| 61 | PrintMyRug Studio |
| 62 | PlushMat Depot |
| 63 | SunnyDG |
| 64 | Warm Rug Corner |
| 65 | FreshHomeFashions |
| 66 | InnoHomeStyle |
| 67 | YEDENG Clothing |
| 68 | zhuyuexing |
| 69 | YLOB |
| 70 | XuMingMing Shop |
| 71 | YESSGOOD |
| 72 | MYXcarpet |

| 73 | luxe one |
|---|---|
| 74 | Marikas Home |
| 75 | MatKing |
| 76 | XRcarpet |
| 77 | TanQiuLan |
| 78 | luxe three |
| 79 | XZcarpet |
| 80 | Cozymelon |
| 81 | MeJiXinShop |
| 82 | Plushy Pathways |
| 83 | TT Household items |
| 84 | Damfsty |
| 85 | GFcarpet |
| 86 | Jiafamen |
| 87 | KZcarpet |
| 88 | Hello shop s |
| 89 | SHUAIDA |
| 90 | AP customized type |
| 91 | CozyWelcome |
| 92 | Ling flowers optimization |
| 93 | TeenCats |
| 94 | TTTLTWO |
| 95 | Sheid local |
| 96 | Soft Step Rugs |
| 97 | MatEmporium |
| 98 | SimplyPlushMats |
| 99 | Economical Carpet Department |
| 100 | RugCustomizer |
| 101 | WUXINGTIAN |
| 102 | ████████████████ |
| 103 | Ann Textile Home |
| 104 | ZZCwwj |
| 105 | Comfortable goodsshop |
| 106 | XiXi DIAN |
| 107 | SerenityBeddingB |
| 108 | HouseholdHavenA |
| 109 | FYYWBABTDD |

| 110 | diamondpaintingpro |
|-----|--------------------|
| 111 | prodpdiy |
| 112 | adiamondpainting |
| 113 | coodeals |
| | handdeals |