**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DIANE KATER,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-03495

Judge Mary M. Rowland

Magistrate Judge Keri L. Holleb Hotaling

# SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on May 28, 2026 [27] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 35 | WeePlayAAJK |
| 37 | FYYWBABT local |
| 38 | WeaveCoveHomeKK |
| 39 | SereneSleepD |
| 47 | AzureLivingA |
| 56 | ModaHomeGlobalG |
| 57 | Pretty Princess DD |
| 107 | SerenityBeddingB |

| | |
|---|---|
| 108 | HouseholdHavenA |
| 109 | FYYWBABTDD |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: September 21, 2026

Respectfully submitted,

/s/ Keith A. Vogt

Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

Subscribed and sworn before me by Keith A. Vogt, on this 21th day of September, 2026.

Given under by hand and notarial seal.

Griselda Delgado
NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook

GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026